464 A.2d 531

Commonwealth v. Sparks, Jr., Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued February 8, 1983. Joseph W. Bullen, III, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and MONTEMURO, JJ.

Judgment of sentence affirmed.